## UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **GARY BROWN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 7:21-CV-00172-DC** |
| | § | |
| **GRAVITY OILFIELD SERVICES,** | § | |
| **LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Gary Brown and Defendants Gravity Oilfield Services, LLC (the "Parties") hereby stipulate to the dismissal of all claims asserted in this action, with prejudice, all parties bearing their own attorneys' fees and costs, and request that the Court enter the attached Order of Dismissal with Prejudice.

WHEREFORE, the Parties request the Court enter an order dismissing with prejudice any and all claims asserted by and between Plaintiff and Defendants in this action with each party bearing their own attorneys' fees and costs.

Respectfully submitted,

 /s/ James E. Hunnicutt                        /s/ Russell D. Cawyer
Jennifer J. Spencer                        Russell D. Cawyer
Texas Bar No. 10474900                     Texas Bar No. 00793482
jspencer@jacksonspencerlaw.com             russell.cawyer@kellyhart.com
James E. Hunnicutt                         Kelly Hart & Hallman LLP
Texas Bar No. 24054252                     201 Main Street, Suite 2500
jhunnicutt@jacksonspencerlaw.com           Fort Worth, Texas 76102
JACKSON SPENCER LAW PLLC                   (817) 332-2500 (Telephone)
Three Forest Plaza                         (817) 335-2820 (Fax)
12221 Merit Drive, Suite 160
Dallas, Texas 75251                        **ATTORNEYS FOR DEFENDANT**
(972) 458-5301 (Telephone)
(972) 770-2156 (Fax)

   **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on December 08, 2021, a true and correct copy of the foregoing document was served on all counsel of record via ECF.

 /s/ James E. Hunnicutt
James E. Hunnicutt

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**                                      **PAGE 2**